Clerk of the United States District Court

Western District of North Carolina

Charles R. Jonas Federal Building

401 West Trade Street – Room 210

Charlotte, NC 28202

RECEIVED
Charlotte, NC

MAR 1 8 2022

Clerk, US District Court
Western District NC

Enclosed please find the following (Original and one copy):

2255 Motion Template Form

Emergency Motion for Evidentiary Hearing

With two exhibits

Certificate of service

Please file the motion with the court and return the copy (stamped and certified) to:

Paul Burks – 29723-058

FCI Butner Medium 1

Satellite Camp

P.O. Box 1000

Butner, NC 27509