# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Paul Burks,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:22-cv-00120-MOC |
| | ) | 3:14-cr-00208-MOC-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 26, 2022 Order.

July 26, 2022

Frank G. Johns, Clerk
United States District Court